<span style="color:red">FILE COPY</span>



BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

December 1, 2014

Leigh W. Davis
Attorney at Law
1901 Central Drive, Suite 708 LB 57
Bedford, TX 76021
* DELIVERED VIA E-MAIL *

Andy Porter
Assistant Criminal District Attorney
401 W. Belknap
Fort Worth, TX 76196-0201
* DELIVERED VIA E-MAIL *

**RE:**  Case Numbers:  07-13-00134-CR, 07-13-00135-CR
Trial Court Case Numbers: 1276657D, 1311302D

**Style:** William Perry McAllister III v. The State of Texas

Dear Counsel:

The Court this day issued an opinion and judgment in the captioned causes. TEX. R. APP. P. 48.

In addition, pursuant to Texas Government Code, Sec. 51.204(b)(2), exhibits on file with this Court, **if any**, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc:  Honorable Robb Catalano (DELIVERED VIA E-MAIL)
Thomas A. Wilder (DELIVERED VIA E-MAIL)